UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL MITCHELL, <br><br> Plaintiff, <br> v. <br><br> C. GARCIA, <br><br> Defendants. | No. CV 17-3136 DMG (FFM) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 30, 2019

DOLLY M. GEE
United States District Judge